United States District Court
Southern District of Texas
**ENTERED**
November 05, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KRISTIN KING, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-02245 |
| | § | |
| KELSEY-SEYBOLD MEDICAL GROUP, PLLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
## HELD ON November 5, 2018 at 8:30 AM

Appearances:   Ahad Saeed Khan
Juliann Hale Panagos

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial Disclosures due by: | Completed |
| New parties/class allegations by: | None |
| Plaintiff's experts to be designated by: | May 1, 2019 |
| Report furnished by: | May 1, 2019 |
| Defendant's experts to be designated by: | June 1, 2019 |
| Report furnished by: | June 1, 2019 |
| Discovery to be completed by: | July 30, 2019 |
| Dispositive motions due by: | August 15, 2019 |
| Docket call to be held at 11:30 AM on: | October 7, 2019 |
| Estimated trial time: 2-3 days | Jury Trial |

The following rulings were made:

- Discovery may be extended by agreement of the parties without Court intervention. The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

It is so ORDERED.

SIGNED on this 5th day of November, 2018.

                                                    Kenneth M. Hoyt  
                                                  United States District Judge