UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KRISTIN KING, | § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-02245 |
| | § | |
| KELSEY-SEYBOLD MEDICAL GROUP, PLLC and KS MANAGEMENT SERVICES, LLC, | § § § § § | |
| Defendants. | § § | |

### ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
### HELD ON May 21, 2020 at 9:30 AM

    Appearances:    Ahad Saeed Khan
                          Juliann Hale Panagos
                          Kimberly Stuart
                          (Court Reporter: L. Smith)

The following rulings were made:

Pursuant to phone conference conducted this day, this case is set for jury trial August 10, 2020, with jury selection to commence at 1:30 p.m. In the interim, the Court ORDERS the parties to mediate this case to a mediator of their choosing on or before the Court's Magistrate Judge, Dena Palermo on or before July 20, 2020.

In the event the case does not settle, the plaintiff and defense counsel are ORDERED to confer and file a Proposed Joint Pretrial Order that includes all motions, and related documents on or before August 3, 2020.

No further pretrial conference(s) will be conducted.

It is so ORDERED.

SIGNED on this 21st day of May, 2020.

                                              Kenneth M. Hoyt
                                              United States District Judge