IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KRISTIN KING f/k/a LUZ GUZMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:18-cv-2245 |
| | § | |
| KS MANAGEMENT SERVICES, LLC, | § | |
| | § | |
| Defendant. | § | |

## **MOTION TO REINSTATE**

On July 21, 2020, the parties in this case agreed to entry of a conditional 90-day order of dismissal to consummate settlement. The parties were not able to finalize settlement. Although a conditional order was not ultimately entered, Plaintiff, in an abundance of caution, hereby moves this Court to reinstate the matter on the Court's docket.

                                                Respectfully submitted,

                                                /s/ Ahad Khan
                                                Ahad Khan
                                                Texas Bar No. 24092624
                                                S.D. Texas ID No. 2981398
                                                712 Main Street, Suite 900
                                                Houston, TX 77002
                                                (713) 401-3558 – Telephone
                                                ak@ahadkhanlaw.com – Email

                                                ATTORNEY FOR PLAINTIFF
                                                KRISTIN KING

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served upon counsel of record listed below by the Southern District of Texas ECF system on the 21st day of October 2020.

Juliann H. Panagos
Kimberly R. Stuart
Crain Caton & James PC
1401 McKinney Street, Suite 1700
Houston, TX 77010

                                                /s/ Ahad Khan
                                                Ahad Khan