UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KRISTIN KING, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-02245 |
| | § | |
| KELSEY-SEYBOLD MEDICAL GROUP, | § | |
| PLLC | § | |
| and | § | |
| KS MANAGEMENT SERVICES, LLC, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

In light of the Court's decision to defer jury trial to a time in the future, this case is reset for docket call On September 13, 2021 at 11:30 a.m.

It is so ORDERED.

SIGNED on this 14th day of July, 2021.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1