United States District Court
Southern District of Texas
**ENTERED**
September 28, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KRISTIN KING, § § Plaintiff, § VS. § KELSEY-SEYBOLD MEDICAL GROUP, PLLC and KS MANAGEMENT SERVICES, LLC, § § § § § § § Defendants. § | CIVIL ACTION NO. 4:18-CV-02245 |

### ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE HELD ON September 16, 2021 at 9:15 AM

Appearances:    Kristin King
Ahad Saeed Khan
(Court Reporter: H. Alcaraz)

The following rulings were made:

Pursuant to the recorded phone conference, the pending motions are resolved pursuant to separate orders.

It is so ORDERED.

SIGNED on this 16th day of September, 2021.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1