UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KRISTIN KING, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-02245 |
| | § | |
| KELSEY-SEYBOLD MEDICAL GROUP, PLLC | § | |
| and | § | |
| KS MANAGEMENT SERVICES, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER ON JOINT MOTION FOR CONTINUANCE

Pending before this Court is the parties' joint motion for continuance (Dkt. No. 26). The Court hereby GRANTS the motion.

Accordingly, it is hereby ORDERED that docket call is reset for February 28, 2022 at 9:00 a.m. The plaintiff shall, in the meantime secure new counsel, promptly or prepare to try the case herself.

It is so ORDERED.

SIGNED on this 28th day of September, 2021.

Kenneth M. Hoyt
United States District Judge