UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KRISTIN KING, § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-02245 |
| § | |
| KELSEY-SEYBOLD MEDICAL GROUP, PLLC § § | |
| and § | |
| KS MANAGEMENT SERVICES, LLC, § § | |
| Defendants. § | |

## **ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW COUNSEL**

Pending before this Court is the plaintiff's unopposed motion to withdraw counsel (Dkt. No. 25). The Court hereby GRANTS this motion.

It is so ORDERED.

SIGNED on this 28th day of September, 2021.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1