IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KRISTEN KING | § | |
| F/K/A LUZ GUZMAN | § | |
|     *PLAINTIFF*, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-2245 |
| | § | |
| KS MANAGEMENT SERVICES, | § | |
| LLC, | § | |
|     *DEFENDANT*. | | |

**NOTICE OF APPEARANCE OF COUNSEL FOR**
**DEFENDANT KS MANAGEMENT SERVICES, LLC'S**

D. Alan Appling of the law firm Crain Caton & James, PC enters his appearance as additional counsel for Defendant KS Management Services, LLC.

Respectfully submitted,

**CRAIN, CATON & JAMES PC**

By: */s/ D. Alan Appling*_____
JULIANN H. PANAGOS
State Bar No. 06861100
Federal ID No. 9083
KIMBERLY R. STUART
State Bar No. 00797486
Federal ID No. 21966
D. ALAN APPLING
State Bar No. 24092043
Federal ID No. 2792731
Five Houston Center
1401 McKinney Street, Suite 1700
Houston, Texas 77010
Telephone:  713-658-2323
Facsimile:  713-658-1921

Email: jpanagos@craincaton.com
Email: kstuart@craincaton.com
Email: aappling@craincaton.com

ATTORNEYS FOR KS MANAGEMENT SERVICES, LLC

### CERTIFICATE OF SERVICE

This is to certify a true and correct copy of Notice of Appearance for Defendant KS Management Services, LLP has been forwarded to the following counsel of record in the manner indicated on the 28th day of March 2022:

VIA CM/ECF SYSTEM
VIA EMAIL: dholmes282@aol.com

David C. Holmes
State Bar No. 09907150
Southern District No. 5494
13201 Northwest Freeway, Suite 800
Houston, Texas 77040
Telephone: 713-586-8862
Fax: 713-586-8863
dholmes282@aol.com

By: */s/ D. Alan Appling*
D. Alan Appling