UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KRISTIN KING, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-02245 |
| § | |
| KELSEY-SEYBOLD MEDICAL GROUP, § | |
| PLLC, *et al.*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

Pursuant to the jury verdict returned and entered in this case, the Court enters a take nothing judgment against the plaintiff Kristin King.

This is a Final Judgment.

SIGNED on April 14, 2022, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1